**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

UNITED STATES OF AMERICA, :
:
Plaintiff, : Case No. 3:26-cr-43
:
v. :
: Judge Thomas M. Rose
GEOFFREY HOBSON, :
:
Defendant. :

---

**ENTRY AND ORDER GRANTING DEFENDANT'S ORAL MOTION TO WITHDRAW HIS MOTION TO WITHDRAW PLEA OF GUILTY**

---

Now before the Court are Defendant Geoffrey Hobson's Motion to Withdraw Plea of Guilty (Doc. No. 27) and Mr. Hobson's Oral Motion to Withdraw his Motion to Withdraw Plea of Guilty. On October 12, 2026, Mr. Hobson wrote a letter to the Court raising allegations that the Court construed as argument that he be permitted to withdraw his previously entered plea of guilty. (Doc. No. 27 at PageID 184-85.) Accordingly, the Court filed Mr. Hobson's letter on the docket as his Motion to Withdraw Plea of Guilty.

The Court conducted a hearing with Mr. Hobson, defense counsel, and the Government on November 12, 2026, for the purpose of determining whether to permit Mr. Hobson to withdraw his guilty plea. At this hearing, Mr. Hobson clarified his allegations and orally moved to withdraw his Motion to Withdraw Plea of Guilty. After hearing the matter, the Court is satisfied that Mr. Hobson's does wish to withdraw his Motion to Withdraw Plea of Guilty and that Mr. Hobson's previous guilty plea here was in fact made knowingly, voluntarily, and intelligently, as required by the Constitution and the Federal Rules of Criminal Procedure. *See U.S. v. McIntyre*, 445 F. App'x. 830, 831 (6th Cir. 2011) (citing *United States v. Webb*, 403 F.3d 373, 378 (6th Cir. 2005).

Therefore, the Court hereby **GRANTS** Mr. Hobson's Oral Motion to Withdraw his Motion to Withdraw Plea of Guilty and Mr. Hobson's Motion to Withdraw Plea of Guilty (Doc. No. 27) is itself **WITHDRAWAN** from the record in this case.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, November 16, 2026.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE